No. 136. HARE TRUST *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Geo. E. H. Goodner* and *Miss Helen Goodner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.

No. 137. ABRAHAM ET AL., TRUSTEES, *v.* HIDALGO COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT No. 1 ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. D. F. Strickland* and *Camden R. McAtee* for petitioners. *Messrs. W. B. Lewis* and *Cecil A. Morgan* for respondents.

No. 141. HIGHWAY CONSTRUCTION CO., INC. *v.* MIAMI. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William H. Boyd, James E. Calkins,* and *Robert H. Anderson* for petitioner. *Messrs. J. W. Watson, Jr.* and *Sidney S. Hoehl* for respondent.

Nos. 143 and 144. MADDIX ET AL. *v.* SAULSBERRY. October 12, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *F. M. Maddix, Malinda Maddix, W. T. Saulsberry,* and *George A. Saulsberry, pro se. Mr. H. R. Dysard* for respondent.

No. 145. SEWELL ET AL. *v.* J. E. CROSBIE, INC., ET AL. October 12, 1942. Petition for writ of certiorari to the